NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN A. BROWN,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3118

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110629-I-1.

---

## ON MOTION

---

## ORDER

John A. Brown moves for a 31-day extension of time, until August 20, 2012, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lee W. Berry, IV, Esq.
    J. Hunter Bennett, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 26 2012

JAN HORBALY
CLERK